

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2018

No. 04-18-00838-CV

**IN RE ALLSTATE TEXAS LLOYDS** and Michael McAfee

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

Relators filed a motion to withdraw their petition for writ of mandamus because the parties reached a Rule 11 agreement resolving the issue raised in the petition. We grant the motion and dismiss the petition for writ of mandamus. This court's opinion will issue at a later date.

It is so **ORDERED** on December 4, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 32612, styled *Klaus Wilhelm v. Allstate Texas Lloyds and Michael McAfee*, pending in the 83rd Judicial District Court, Val Verde County, Texas, the Honorable Robert Cadena presiding.